IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES DIXON, #139 244  \*
DONALD W. YOUNG, #157 063
BRUCE HARMS, #202 029  \*
JAMES MCDONALD, #236 354
                              \*
    Plaintiffs,
                              \*
    v.                          2:06-CV-266-MHT
                              \*   2:06cv283-MHT
RICHARD ALLEN, *et al.*,
                              \*
    Defendants.

**ORDER**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement at the Easterling Correctional Facility. Each inmate filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open four (4) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Charles Dixon;

  2. Assign the newly opened cases to the Magistrate Judge and District Judge to which the instant cause of action is assigned;

  3. Place a copy of the complaint, brief in support of the complaint, and the *in forma pauperis* applications filed by inmates Young, Harms, and McDonald, in the newly opened case files;

  4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

  Done this 29th day of March, 2006.

           /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE