IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE HARMS, #202029, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv283-MHT |
| | )               (WO) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 4, 2006, (Doc. # 5), that the plaintiff's motion for class certification be denied. After a review of the recommendation, the plaintiff's objections, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the plaintiff's objections be and are hereby OVERRULED and the plaintiff's motion for class certification be and is hereby DENIED.

Done this the 17th day of May, 2006.

                                                        /s/   Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE