IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **BRUCE HARMS, #202,029** | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | 2:06-CV-283-MHT |
| | * | |
| | * | |
| **RICHARD ALLEN, et al.,** | * | |
| Defendants. | * | |

## ANSWER TO AMENDED COMPLAINT

**COMES NOW** Sidney T. Williams, Chairman of the Alabama Board of Pardons and Paroles, represented by the undersigned counsel, and shows unto the Court as follows:

1. Defendant Williams denies any and all material averments listed in Plaintiffs' Amended Complaint and demands strict proof thereof.

2. Defendant Williams incorporates his Special Report, filed on May 31, 2006, as part of his Answer to Plaintiff's Amended Complaint.

3. Those claims listed in Plaintiff's Amended Complaint deal with the confinement conditions in Alabama prisons. Defendant Williams has no control over the confinement conditions in the Alabama prison systems, as that is a function of the Alabama Department of Corrections (hereinafter referred to as DOC), a separate entity than the Alabama Board of Pardons and Paroles.

4. Defendant Williams has no authority to order DOC to correct any mal or deficient prison conditions, as Williams' authority is limited to those duties, limitations, authorities, or mandates listed in the Alabama parole statutes.

5. There is no case or controversy between Plaintiff and Defendant Williams.

6. A prerequisite to a §1983 action is that there must be a violation of a federally protected constitutional right. Plaintiff has failed to show where Defendant Williams violated his federally protected constitutional right. Plaintiff has definitely not proven that Defendant Williams violated his federally protected rights. Absent a violation of a federally protected constitutional right, there is no §1983 action. Plaintiff's §1983 action against Defendant Williams fails.

6. Plaintiff fails to state a claim for which relief can be granted.

**WHEREFORE THE PREMISES CONSIDERED**, Defendant Williams is due to be **DISMISSED** from this suit.

Respectfully submitted,
TROY KING
ATTORNEY GENERAL
KIN 047

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026


s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
STATE BAR#: ASB-7192-A57P
ALA. BD. OF PARDONS & PAROLES
P.O. BOX 302405
MONTGOMERY, AL 36130
TELEPHONE: (334)242-8700
FAX: (334)353-4423
Dana.Pittman@paroles.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 6-8-06, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually:

**CHARLES DIXION, #139244**
**DONALD W. YOUNG, #157063**
**JAMES MCDONALD, #236354**
**BRUCE HARMS, #202029**
**200 WALLACE DRIVE**
**CLIO, AL  36017-2165**

Done this 8th  day of June, 2006.

Respectfully submitted,

s/DANA L. PITTMAN
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-7192-A57P
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Dana.Pittman@paroles.alabama.gov