In The United States District Court For The Middle District OF Alabama Northern Division

RECEIVED
2006 JUN 30 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Bruce Harms #202029  *
　　Plaintiff,　　　　　*
　　　V.　　　　　　　 *　　2:06-CV-283-MHT
Richard Allen, et al.,　*　　　　(WO)
　　Defendants.　　　　*

Motion And Request For Extension Of Time For Filing Response & SEE Document #22-1

Plaintiff's order to file A Response in opposition To Defendants Pleadings," Ordered that on or before July 5, 2006 / Plaintiff shall file a Response to The Written Reports" SEE DOC #22-1

Plaintiff was instructed that failure to file Such response would result in the Courts Treating This as a failure and Abandonment of Plaintiff's 1983 SEC. Claims.

Comes now the Plaintiff asking this Honorable Magistrate Judge To Grant An extension of Time in which to Comply with This Honorable Magistrate Judges Order.

Plaintiff showing good cause for an extension of Time will state that less than minimal Time here at the Easterling Corr. Fac. is given for the use of the Law Library and with the Plaintiff's Legal Handicap, not being capable of getting the necessary legal language in order to inteligently Answer The Judges Order, Hereby This, Plaintiff ask This Honorable Magistrate To Grant an amount of time most favorable for The Plaintiff in order that Plaintiff may Communicate the language and be given Substantial amounts of Time In The Law Library to support this claim against the Defendants overcrowding.

Certificate of Service

Pursuant To 28 U.S.C. § 1746 Under Penalty Of Perjury, The Plaintiff Certifies and swears that The contents of this motion are true and has Served a True and Correct copy upon the names And Addresses Below by Placing in the Easterling Post office Postage Pre-Paid and Properly Addressed Done and executed This 25th day of June 2006.

Respectfully Sumitted _Bruce Harms_
Plaintiff

C.C.
s/ Steven M. Sirmon
Assistant Attorney General
State Bar #: ASB-5949-5615
Ala. Bd. Pardons and Paroles
P.O. box 302405
Montgomery, Alabama
36130

C.C.
Clerk: For the Unitied States
District Court Northern Division
P.O. box 711
Montgomery, Alabama 360104-0711

Signed: Bruce Harms 202029
Bruce Harms Pro SE
E.C.F
200 Wallace Drive
Clio, Alabama
36017-2615