IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRUCE HARMS #202029,
    Plaintiff,
v.
RICHARD ALLEN, et al.,
    Defendants.

RECEIVED
2006 JUL 13 A 9:21

CASE NO. 2:06-CV-283
MHT

MOTION FOR INQUIRY
"EXTENSION OF TIME"

Plaintiff filed Motion for Extension of Time on June 28th, 2006, and for good cause the Plaintiff showed that undue restrictions for access to law library has been placed on Plaintiffs and Inmates at the Easterling Corr. Facility. The Judges order for the the Plaintiff to respond to defendants was due to be filed by July 5th upon which Plaintiff filed for extension of time, and either the Honorable Judges response has been delayed or mail has failed to reach its intended destination, the reason for which Plaintiff now ask that this Honorable Judge make Inquiry for Extension of Time and the Plaintiff will also ask that this Honorable Judge, in addition to the

(1.)

Extension of Time, Already Asked for, that an additional extension be given to the Plaintiff for the Same Reasons "Minimal Time has put hardship upon Plaintiff's Access to the use of Law Library"

Respectfully Submitted: Bruce Harms

Bruce Harms PRO SE
#202024

Certificate of Service

I Do Hereby Certify Under Penalty of Perjury that Pursuant to 28 U.S.C § 1746 I have filed This Motion for Inquiry - Extension of Time and Placed in the United States Mail, Easterling Post Office And Mailed Copies to the Addresses listed Below Done this 11th day of July 2006.

c.c.         Signed: Bruce Harms

Bruce Harms 202024
E.C.F 200 Wallace Dr.
Clio, Ala 36017-2163

Clerk of the United States
District Court Northern Division
P.O. 711 Montgomery AL.
36014-0711
36101-0711

Richard Allen et.al.,
Legal Division
P.O. Box 302405
Montgomery, Alabama
36130-2405

(2.)