IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE ALAN HARMS, #202029, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:06-CV-283-MHT |
| RICHARD ALLEN, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for inquiry filed by the plaintiff on July 13, 2006 (Court Doc. No. 24), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that the court received and docketed his June 28, 2006 motion for extension of time on June 30, 2006.

Done this 14th day of July, 2006.

                /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE