IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE ALAN HARMS, #202029, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 2:06-CV-283-MHT |
| RICHARD ALLEN, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on June 30, 2006 (Court Doc. No. 23) and the motion for additional extension of time filed by the plaintiff on July 13, 2006 (Court Doc. No. 24), and for good cause, it is

ORDERED that these motions be and are hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from July 5, 2006 to and including August 7, 2006 to file a response to the defendants' special reports.

Done this 14th day of July, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE