In the United States District Court For The Middle District OF Alabama Northern Division

RECEIVED 2006 AUG -2 A 9 45

Bruce Allan Harms #202029
   Plaintiff,

V.                                    Case No. 2:06-CV-283-MHT

Richard Allen, et. al.,
   Defendants.

## Motion And Request For Extension Of Time

The Chief United States Magistrate Judge Ordered That the plaintiff be granted an extension from July 5th, 2006 to and including August 7, 2006 to file a response To the defendants' special Report, done the 14th day of July By the Honorable Judge Charles S. Coody.
The plaintiff now moves this Honorable Court by Requesting an additional 30-days extension, the Plaintiff's have to little time in the Easterling Law Library to Reasearch and prepare a response to the Defendants Special Report due to unwarranted restrictions and meaningfull access to the use of Law Library.

Therefore for good cause the plaintiff needs this extension.

Respectfully Submitted: *Bruce A. Harms 202029*
Plaintiff Bruce A. Harms #202029
Pro SE

### Certificate Of Service

I Bruce Allan Harms #202029, Do Hereby Certify that I Have under Penalty Of Perjury Pursuant to 28 USC § 1746 Filed This Motion for Extension of Time and mailed A True and Correct Copy to the Defendants Attorneys Addressed below and to the Clerk of this Court properly Addressed by placing Motion in the United States Post Office Easterling Mail Box Postage Pre-Paid Done This __1st__ day of __August__ 2006.

Signed: *Bruce A. Harms 202029*
Bruce A. Harms #202029 Pro SE
E.C.F. 200 Wallace Drive
Clio Alabama 36017-2613

C.C. Richard Allen & Troy King
11 South Union Street
Montgomery, Al 36130

Clerk of This Court
P.O. Box 711
Montgomery, Alabama
36104-0711