IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BRUCE HARMS, #202 029            *

    Plaintiff,                  *

    v.                           *        2:06-CV-283-MHT

RICHARD ALLEN, *et al.*,         *

    Defendants.                  *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 27) is GRANTED; and

2. Plaintiff is GRANTED an extension from August 7, 2006 to August 28, 2006 to file his response to Defendants' written reports.

Done this 4th day of August, 2006.

                            /s/Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE