IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

BRUCE HARMS, #202 029           *

    Plaintiff,                  *

    v.                          *       2:06-CV-283-MHT

RICHARD ALLEN, *et al.*,        *

    Defendants.                 *

_____

**ORDER**

For good cause, it is

ORDERED that on or before August 28, 2006 the non-parole defendants shall file a supplemental special report which complies with the court's order of procedure which directs that the written report contain the sworn statements of all persons having knowledge of the subject matter of the complaint as well as all relevant and/or applicable records, documents, regulations, guidelines, *etc*. (*See* Doc. No. 10.)

It is further

ORDERED that Plaintiff is GRANTED and extension from August 28, 2006 to September 12, 2006 to file a response to Defendants' written reports, as supplemented, in accordance with the provisions contained in the court's June 12, 2006 order.

Done this 14th day of August, 2006.

                                  /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE