IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| BRUCE HARMS, #202 029 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-283-MHT |
| RICHARD ALLEN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants Allen and Riley's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 30) is GRANTED; and

2. Defendants are GRANTED an extension from August 28, 2006 to September 18, 2006 to file their supplemental written report.

It is further

ORDERED that Plaintiff is GRANTED and extension from September 12, 2006 to October 3, 2006 to file a response to Defendants' written reports, as supplemented, in accordance with the provisions contained in the court's June 12, 2006 order.

Done this 30th day of August, 2006.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE