IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRUCE HARMS (202029),** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 2:06-CV-283-MHT |
| | ) |
| **RICHARD ALLEN, BOB RILEY** | ) |
| **And SIDNEY WILLIAMS,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS

**COMES NOW** the defendants **Richard Allen and Bob Riley**, by and through *Bettie J. Carmack*, Assistant Attorney General for the State of Alabama, and moves this Honorable Court to dismiss the above stated action and, for ground, state as follows:

> *The Plaintiff has been released from the prison system and has failed to provide the defendants with a proper service address. (See attached exhibit)*

**WHEREFORE PREMISES CONSIDERED**, the defendants request the following from this Honorable Court:

A. That the above stated action be dismissed with prejudice.
B. Any other and further relief in which the defendants may be entitled.

RESPECTFULLY SUBMITTED, this the 12th day of September, 2006.

        TROY KING
        ATTORNEY GENERAL
        By:


        /s/*BETTIE J. CARMACK*
        Bettie J. Carmack
        *Assistant Attorney General*
        *Civil Litigation Division*
        11 South Union Street
        Montgomery, AL 36130
        Telephone: (334) 353-5305
        Facsimile: (334) 242-2433


**CERTIFICATE OF SERVICE**

This is to certify that I have NOT served the Plaintiff with a copy of the above stated plaintiff because his address is unknown.


        /s/ *BETTIE J. CARMACK*
        Bettie J. Carmack
        ASSISTANT ATTORNEY GENERAL