

STATE OF ALABAMA
OFFICE OF
ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130-0152
ADDRESS SERVICE REQUESTED

Bruce Harms, #202029
Easterling Correctional Facility
200 Wallace Drive
C▇▇▇▇ AL ▇▇▇17

Return to Sender Not Here

Bruce Harms He Has Been Paroled 8-25-06