**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

September 12, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style:  Bruce Alan Harms v. Richard Allen, et al.**
**Case Number: 2:06-cv-283-MHT**

**Pleading : #33 - Motion to Dismiss**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 9/12/2006 without the referenced exhibit attached.**

**The pdf document for Exhibit 1 is attached to this notice.**