

STATE OF ALABAMA
OFFICE OF
ATTORNEY GENERAL
11 South Union Street
MONTGOMERY, ALABAMA 36130-0152
ADDRESS SERVICE REQUESTED

Bruce Harms, #202029
Easterling Correctional Facility
200 Wallace Drive
C[ ] AL [ ] 17

Return to Sender Not Here

Pluto Jack He has Bin paroled 9.25.06 8.25.06