Notice Of Change Of Address

This is to inform this Honorable Court that the Plaintiff, Bruce Harms 202029 Civil Action No: 2:06-CV-283-MHT is no longer at, Easterling Corr. Fac.
200 Wallace Dr.
Clio Al. 36017

Plaintiff's new Address, 25282 Co. Rd. 38
Summerdale Al
36580

Plaintiff has sent Notice of Change of Address to Court Clerk and Defendants Addresses listed below

Done this 11th day of September 2006
Signed: Bruce Harms   25282 Co. Rd 38
Summerdale Al 36580

Office of the Clerk United States District Court
P.O. box 711 Montgomery Alabama 36101-0711

C.C. States Attorneys
Troy King, Richard Allen
11 South Union St. Montgomery Alabama 36130

Troy King, Sidney Williams
P.O. box 302405
Montgomery Alabama 36130

(stamp: RECEIVED 2006 SEP 13 A 10: 14)