IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA NORTHERN DIVISION

Bruce Harms 202029                    *
Plaintiff, PRO SE,                    *
                                      *
VS.                                   *     CASE NO. 2:06-CV-283-MHT
                                      *
RICHARD ALLEN, BOB RILEY,             *
SIDNEY WILLIAMS, et. al.,             *
Defendants.                           *


MEMORANDUM   SUPPORTING
WITNESSES TO WITNESS THIS
42 U.S.C. SEC. 1983 COMPLAINT

Bruce Harms   , the Above PLAINTIFF SUPPORTING this
MEMORANDUM OF WITNESSES to WITNESS THE complaint
UNDER PENALTY OF PERJURY that the foregoing is TRUE
And CORRECT. 28 U.S.C SEC. 1746 PROVIDES that IN
ALL FEDERAL COURT PROCEEDINGS WRITTEN Declarations
Made under PENALTY OF PERJURY ARE PERMISSIBLE in
LIEU OF NOTARIZED Affidavits, CARTER VS. CLARK, 616 F 2d
828 (5TH CIR. 1980).
PLAINTIFF Bruce Harms   STATES THAT EASTERLING
CORRECTIONAL FACILITY is Hazardous and dangerous
to PLAINTIFFS and WITNESSES WELL being (Health and safety)


(1.)

All WITNESSES Who SIGNED this Complaint states
the following: EASTERLING Corr. Fac. Has STAPH,
(TB), Scabies, lice, Hepatitus (B) and (C) diseases
that is Really unknown to the Plaintiff and
WITNESSES. THE STAPH DISEASE IS At EPIDEMIC
Porportions in this Enviroment and THE Whole
Inmate Population Has Had to be vaccinated for
Hepatitus (B) unkowing to its Presence in and
Around this Enviroment. MEN have SORES and
Boils too Numerous for the occesional SPIDER
Bites that WE ARE told is the Problem, SEVER to
Chronic Infection for long durations from this
Plague continues with total disregard to Health
and Safety. THis Facility is dangerously understaffed
Both with Correction officers and Medical STAFF with
About 1/4th of THE minimum Required Legal standard.
WE will witness THAt THIS WATER system IS
Contaminated, THE evidence Reflects THAt THE WATER
Supplied TO EASTERLING Corr. Fac. is being Supplied
by A Ground Well and elevated STORAGE TANK located
ON STATE Property WEthin 200 yards of EASTERLING
CORR. Fac. 200 WALLACE DRIVE Clio, Alabama 36017.
THe DRINKing water At EASTERLING is Not being TESTED
by the Enviromental Management AGENCY, THe water
Has A foul odor and TASTE, and is very oily.
(2.)

THE Doctor Attributes to this Numerous Developments of Skin Rashes and Sores, Boils, and is believed to be developed from this Water Condition compounded by "Defendants overcrowding" which is the Source of All Disease Here At (ECF) Thats Epidemic. THE kitchen workers and Institutional Barbers Are Not being properly screened for these diseases before being put to work Inside the Institution therefore Plaintiffs is being deprived of His constitutional Right TO HEALTH and SAFETY, And being denied His Equal Protection OF THE law under THE UNITED STATES and STATE OF ALABAMA Constititutional Right, to His 1st, 5th, 8th, 9th, 10th, 13th, 14th Amendment due Process of law. PLAINTIFF HAS A RIGHT NOT TO BE EXPOSE to dangerous diseases and violent Atmospheres understaffed thats life threatening of epidemics and violent Inmates who RAPE, Assault and HAVE their way in this enviroment. THE Plaintiffs is suffering under the (8th) Amendment to the Constitution, Which Prohibits "Cruel and unusual Punishment," A SAFE and HEALTHY living enviroment under these Condition's is Impossible, THEREFORE EASTERLING CORR. FAC. VIA "Defendants overcrowding" is Denying THE Plaintiffs Constitutional RIGHTS

(3.)

WITNESSES HEREBY declare under Penalty of Perjury
PURSUANT TO 28 U.S.C § 1746 that this Memorandum
of Witness has been Mailed United STATES Postal
PRE PAID Easterling PostOffice to Clerk of THE
U.S. COURT and THE Defendants Attorneys,
DONE this 11th _____ day of September 2006

EXECUTED ON 11th _____ day of September 2006

SIGNED Bruce Harms 202029
        PLAINTIFF    PRO SE
        260 Wallace DRIVE
        Clio, ALABAMA 36017

C.C. STATES ATTORNEYS              UNITED STATES
TROY KING & Richard Allen          DISTRICT COURT
11 South Union Street                 CLERK
Montgomery Alabama                 P.O. Box 711
        36130                      Montgomery AL.
                                   36101-0711

Troy King & Sidney Williams
P.O. box 302405
Montgomery Alabama
        36103

4.

The Plaintiff is suffering under the (8th) amendment to the constitution, which prohibits "cruel and unusual punishment", "a safe condition at Easterling Correctional Facility is denied". Plaintiff's eighth amendment ban on "cruel and unusual punishment" deliberate in difference and callus indifference or reckless disregard for Plaintiff's safety and this conduct violates Plaintiff's rights.


Signature of all witnesses infra:

Gregory R Moberg #109842
ECF
200 Wallace Dr
Clio AL 36017

Frednick Gooden #122156
ECF
200 Wallace Dr
Clio, Ala 36017

HERMAN KELLY #144483
ECF
200 Wallace Dr.
Clio, AL. 36017

Lawrence Jones 182401
ECF
200 WallaceDr
Clio, Al 36017

Andrew Beaver #205387
ECF
200 Wallace Drive
Clio, Al 36017

Willie J. White # 221023
E.C.F.
200 Wallace Dr.
Clio, Ala. 36017

Clarence Fowler #220106
ECF
200 Wallace Drive
clio, Al 36017

Wadereid Echols 174847
E.C.F.
200 Wallace. Dr
Clio, Ala. 36017

Redius Worthey
200 Wallace Dr.
Clio Al 36017 (223188)

NAME _Guy Drayton #140825_
ADDRESS _9A-59 200 WALLACE DRIVE_
CITY _Clio_  STATE _Al_
ZIP CODE _36017_ PHONE _____

NAME _Samuel Johnson_
ADDRESS _7-B-29 200 wallace Dr_
CITY _Clio_  STATE _Ala_
ZIP CODE _36017_ PHONE _____

NAME _Johnny H Adams 148241_
ADDRESS _8A 200 wallace Dr_
CITY _Clio_  STATE _Al._
ZIP CODE _36017_ PHONE _____

NAME _Timothy Williams_
ADDRESS _8A-109 200 Wallace Dr._
CITY _Clio_  STATE _Ala_
ZIP CODE _36017_  PHONE _____

NAME _Kenneth Johnson #160241_
ADDRESS _200 Wallace Dr._
CITY _Clio_  STATE _Al._
ZIP CODE _36017_ PHONE _____

NAME _Mike Cardarelli_
ADDRESS _8B-84 200 Wallace Dr_
CITY _Clio_  STATE _Al_
ZIP CODE _36017_ PHONE _____

NAME _Gregory Rossen_
ADDRESS _ECF-7-B-83 200 Wallace Dr._
CITY _Clio_  STATE _Al_
ZIP CODE _36017_ PHONE _____

NAME _Hoyt G Cline_
ADDRESS _7-A-129 200 Wallace_
CITY _Clio_  STATE _Al_
ZIP CODE _36017_ PHONE _____

NAME _Calvin Brooks #137185_
ADDRESS _200 wallace Dr._
CITY _Clio_  STATE _Al._
ZIP CODE _36017_ PHONE _____

NAME _Herbert D. Green 171608_
ADDRESS _9A-35 200 Wallace Drive_
CITY _Clio_  STATE _Al_
ZIP CODE _36017_ PHONE _____

NAME _Tommy LeeBell_
ADDRESS _200 Wallace Dr._
CITY _Clio_  STATE _Al._
ZIP CODE _36017_ PHONE _____

NAME _Mark Atkinson_
ADDRESS _200 Wallace Dr_
CITY _Clio_  STATE _Al_
ZIP CODE _36017_ PHONE _____

NAME _Horace Burnett_
ADDRESS _200 Wallace Dr._
CITY _Clio_  STATE _Al_
ZIP CODE _36017_ PHONE _N/A_

NAME _Antony Kirksey_
ADDRESS _200 wallace 7A-131_
CITY _Clio_  STATE _Al_
ZIP CODE _36017_  PHONE _____

(6)

NAME _Robin Robinson 133397_   NAME _Malcolm White 223715_
ADDRESS _200 Wallace Dr._   ADDRESS _200 Wenlace Dr_
CITY _CliON AL_ STATE _R/L_   CITY _Clio_ STATE _Al_
ZIP CODE _36017_ PHONE _____   ZIP CODE _36017_ PHONE _____

NAME _John Southard_ #11984   NAME _DEMETRIUS MiswicField 214412_
ADDRESS _200 Wallace Dr._   ADDRESS _200 WALLACE DRIVE_
CITY _Clio_ STATE _AL._   CITY _Clio_ STATE _AL._
ZIP CODE _36017_ PHONE _____   ZIP CODE _36017_ PHONE _N-A_

NAME _Robert Watts_ #118180   NAME _Victor Brown_ _____
ADDRESS _E.C.F. 200 Wallace Dr._   ADDRESS _Wallace Dr._ _____
CITY _Clio_ STATE _Ala_   CITY _____ STATE _Al_
ZIP CODE _36017-2615_ PHONE _____   ZIP CODE _360 7_ PHONE _N A_

NAME _Alvin K. Murphy_ 135/89P   NAME _Richard Dunning_
ADDRESS _200 WALLACE DRIVE_   ADDRESS _200 - WALLACE DR_
CITY _Clio_ STATE _AL_   CITY _Clio_ STATE _AL_
ZIP CODE _36017_ PHONE _____   ZIP CODE _3/017_ PHONE _N A_

NAME _Raymond Thibault 173979_   NAME _JOMes ADAVIS 108239_
ADDRESS _200 wallace Drive_   ADDRESS _____
CITY _Clio_ STATE _Al_   CITY _____ STATE _____
ZIP CODE _36017_ PHONE _____   ZIP CODE _____ PHONE _____

NAME _LARRY DOVER_ 217258   NAME _Lawrence Chitman 175921_
ADDRESS _200 WALLACE DRIVE_   ADDRESS _E.C.F. 200 Wallace Drive_
CITY _Clio_ STATE _AL_   CITY _Clio_ STATE _AL_
ZIP CODE _36017_ PHONE _____   ZIP CODE _36014_ PHONE _____

NAME _Leroy Wright_ 107849   NAME _Donald Guthrie_
ADDRESS _200 wallace Dr_   ADDRESS _E.C.F 200 wallace Drive_
CITY _Clio_ STATE _Alabama_ CITY _Clio_ STATE _AC_
ZIP CODE _36017_ PHONE _____   ZIP CODE _36017_ PHONE _____

NAME Christopher Bragg
ADDRESS 200 Wallace Drive
CITY Clio                STATE AL
ZIP CODE 36017    PHONE _____

NAME Julius HD McClaw  #178149
ADDRESS 200 Wallace DR.
CITY Clio                STATE A/A
ZIP CODE 36017 PHONE _____

NAME Rodney Johnson  #143497
ADDRESS 200 Wallace Dr.
CITY Clio                STATE A/A
ZIP CODE 36017 PHONE _____

NAME STEVE FRANKLIN  801693
ADDRESS 200 Wallace Dr
CITY Clio                STATE AL
ZIP CODE 36017    PHONE N/A

NAME JEFFREY OWENS 194322
ADDRESS 200 Wallace Dr
CITY CLIO                STATE ALA
ZIP CODE 36017    PHONE _____

NAME DARNELL Williams  197188
ADDRESS 200 Wallace Dr
CITY Clio                STATE Al
ZIP CODE 26017 PHONE _____

NAME NEDRICK BOYD  199876
ADDRESS 200 Wallace Dr
CITY Clio                STATE ALA
ZIP CODE 36517    PHONE _____

NAME Robert Louis King II  #149514 - 7-19-44
ADDRESS E.C.F. 200 Wallace Dr.
CITY Clio                STATE AL.
ZIP CODE 36017 PHONE N/A

NAME Gary Tipton
ADDRESS E.C.F. 200 Wallace Dr
CITY Clio                STATE AL
ZIP CODE 36017    PHONE _____

NAME McCALL, Jermaine L 208914
ADDRESS 200 Wallace Dr  7A-38
CITY Clio                STATE AL
ZIP CODE 36017 PHONE N/A

NAME William H. Jones  #158027
ADDRESS 200 Wallace Drive (7A-10C)
CITY Clio                STATE AL
ZIP CODE 36017    PHONE N/A

NAME James Bigham # 141661
ADDRESS 200 Wallace Dr. (7A-31)
CITY Clio                STATE AL
ZIP CODE 36017    PHONE _____

NAME Robert Wigham  144210
ADDRESS _____
CITY _____    STATE _____
ZIP CODE _____    PHONE _____

NAME Maxwell Reeder #149293
ADDRESS E.C.F. 7-A-69  200 Wallace Dr.
CITY Clio                STATE ALA
ZIP CODE 36017    PHONE _____

#146567
NAME William Coleman
ADDRESS ~~Easterling~~ 4200 Wallace Dr.
CITY Clio          STATE NA
ZIP CODE 36017 PHONE _____

238273
NAME WILLIAM FOUNTAIN
ADDRESS 200 WALLACE DR
CITY CLIO          STATE AL
ZIP CODE 36017 PHONE _____

NAME Steve Patterson 203855
ADDRESS 200 Wallace Drive
CITY Clio          STATE Al
ZIP CODE 36017 PHONE _____

NAME Johnnie E Watts·6c
ADDRESS 200 Wallace Dr.
CITY Clio          STATE Ala
ZIP CODE 36017 PHONE _____

NAME Curtis Mccall
ADDRESS 200 Wallace Dr
CITY Clio          STATE AL
ZIP CODE 36017 PHONE _____

227998
NAME Cebron J SPRAYberry
ADDRESS 200 WALLACE DR
CITY Clio          STATE 36013261
ZIP CODE N/A PHONE _____

NAME Arnold Avans  200331
ADDRESS 208 Wallace Dr
CITY Clio          STATE Alla
ZIP CODE 36017 PHONE _____

NAME GARY B Eller #240616
ADDRESS 200 Wallace DR
CITY Clio          STATE AL
ZIP CODE 36017 PHONE _____

NAME Jerry Perry #129381
ADDRESS 200 Wallace Dr
CITY Clio,          STATE Ala
ZIP CODE 36017 PHONE _____

NAME Billy Stewart 323159
ADDRESS 200 Wallace dr
CITY Clio          STATE AL
ZIP CODE 36017 PHONE _____

NAME Rex Haitley 133711
ADDRESS 200 Wallace Dr
CITY Clio          STATE AL
ZIP CODE _____ PHONE _____

NAME John Darrington 165424
ADDRESS _____
CITY _____          STATE _____
ZIP CODE _____ PHONE _____

NAME Carl Horn
ADDRESS 200 Wallace DR.
CITY Clio          STATE AL.
ZIP CODE 36017 PHONE _____

NAME Corbit Stallings
ADDRESS Easterling Correction Facility
CITY 200 Wallace Drive          STATE AL
ZIP CODE 36017 PHONE _____

9

NAME William Quinn
ADDRESS 200 Wallace DR
CITY Clio          STATE AL
ZIP CODE 36017 PHONE _____

NAME Elisha Outsey
ADDRESS 200 Wallace Drive
CITY Clio          STATE Al
ZIP CODE 36017 PHONE _____

NAME Warren L Pearson # 239668
ADDRESS 200 Wallace Dr.
CITY Clio          STATE AL.
ZIP CODE 36017 PHONE _____

NAME Cecil McBride
ADDRESS 200 Wallace Drive
CITY Clio          STATE Al
ZIP CODE 36017 PHONE _____

NAME Stephen Lewis # 200885
ADDRESS 200 Wallace Drive
CITY Clio          STATE Al.
ZIP CODE 36017 PHONE _____

NAME Leander Davis
ADDRESS 200 Wallace DR
CITY Clio          STATE AL
ZIP CODE 36017 PHONE _____

NAME Vincent Perrish Jr. # 203765
ADDRESS 200 Wallace Drive
CITY Clio          STATE AL
ZIP CODE 36017 PHONE _____

NAME Jerry Crowden
ADDRESS 200 Wallace DR
CITY Clio          STATE AL
ZIP CODE 36017 PHONE _____

NAME Burnidell Semley 207264
ADDRESS 200 Wallace Drive
CITY Clio          STATE AL
ZIP CODE 36017 PHONE _____

NAME James Boggs # 148832
ADDRESS 200 Wallace Drive
CITY Clio          STATE Al.
ZIP CODE 36017 PHONE _____

NAME Tyrone Haight # 230712
ADDRESS 200 Wallace Dr.
CITY Clio          STATE ALA
ZIP CODE 36017 PHONE _____

NAME Willie Thompson, Sr.
ADDRESS ECF, 200 Wallace Dr.
CITY Clio,          STATE AL.
ZIP CODE 36017 PHONE _____

NAME Leotis Reese # 180509
ADDRESS 200 Wallace Dr.
CITY Clio          STATE AL.
ZIP CODE 36017 PHONE N/A

NAME Barry Lee Burnett # 168832
ADDRESS E.C.F. 200 Wallace Dr.
CITY Cleo 1          STATE AL
ZIP CODE 36017 PHONE _____

NAME Sonny James Russell #107992
ADDRESS 200 WALLACE DR.
CITY Clio        STATE ALA
ZIP CODE 36617 PHONE    X

NAME Timothy Macon -156256
ADDRESS 200 Wallace Drive
CITY Clio        STATE Ala
ZIP CODE 36004 PHONE   X

NAME Johnny Patterson
ADDRESS 290 Wallace Dr.
CITY Clio        STATE Ala.
ZIP CODE 36017 PHONE

NAME James Adams 108239
ADDRESS 200 WALLACE DR.
CITY Clio        STATE ALA
ZIP CODE 36017 PHONE

NAME David McLaughlin 33486
ADDRESS 200 WALLACE DR
CITY Clio        STATE ALA
ZIP CODE 36017 PHONE

NAME Terry Lee Presley #197489
ADDRESS % Easterling Correctability
200 wallace Dr. 9-1-88
CITY Clio        STATE Al
ZIP CODE 36017-2615 PHONE

NAME Caleb M. Withers 215337 -9-1-90
ADDRESS Easterling Corr Fac. 200 Wallace Dr.
CITY Clio,        STATE Al.
ZIP CODE 36017 PHONE

NAME Juan Laguna #239193
ADDRESS Easterling Corr Facility 200 Wallace Dr
CITY Clio        STATE AL
ZIP CODE 36017 PHONE   a

NAME Milas White 111648
ADDRESS 200 Wallace DR
CITY Clio        STATE AL
ZIP CODE 36017 PHONE

NAME Jamie Georgia 218303
ADDRESS 200 Wallace Drive
CITY Clio        STATE Ala
ZIP CODE 36017 PHONE

NAME Charles Ling
ADDRESS 200 Wallace DR
CITY Clio        STATE AL
ZIP CODE 36089 PHONE

NAME Bobby Hall
ADDRESS 200 WALLACE DR.
CITY Clio        STATE ALA
ZIP CODE 36017 PHONE   X

NAME Marcus Smith
ADDRESS 200 WALLACE
CITY Clio        STATE AL
ZIP CODE 36017 PHONE   X

NAME Anthony J. Brown
ADDRESS 200 Wallace Dr.
CITY Clio        STATE Al
ZIP CODE 36017 PHONE   a


11

NAME Cecile L Lynch #166301    NAME Richard K Pitts  233820 8B:34
ADDRESS 200 WALLACE DR. 8B-010    ADDRESS 200 Wallace Dr
CITY CLIO          STATE AL    CITY CLIO          STATE AL
ZIP CODE 36017-  PHONE          ZIP CODE 36017  PHONE
2613

NAME Donaldu Young #157063    NAME Roosevelt Wallace
ADDRESS 200 Wallace Drive    ADDRESS 200 Wallace Drive
CITY Clio          STATE Alabama    CITY Clio          STATE AL
ZIP CODE 36017 PHONE          ZIP CODE 36017 PHONE

NAME Ronnie Parker II 162147    NAME ~~Anthony Allen~~
ADDRESS 200 Wallace Dr. 8B-38    ADDRESS ~~200 Wallace Dr~~
CITY Clio          STATE Ala    CITY ~~Clio~~          STATE ~~AL~~
ZIP CODE 36017 PHONE          ZIP CODE ~~36017~~ PHONE

NAME Perry Watts #181247    NAME Greg Woodson
ADDRESS 200 Wallace Dr.    ADDRESS 200 Wallace
CITY Clio          STATE Al    CITY Clio          STATE Ala.
ZIP CODE 36017 PHONE          ZIP CODE 36017 PHONE

NAME Michael Munday 142056    NAME Rayshun Jordan 198029
ADDRESS 200 Wallace Dr.    ADDRESS 200 Wallace Dr Jr
CITY Clio          STATE al    CITY Clio          STATE Al
ZIP CODE 36017 PHONE          ZIP CODE 36017 PHONE

NAME William Bullard Jnish 236827    NAME GENE BEASLEY 161851
ADDRESS 200 Wallace Drive    ADDRESS 200 WALLACE DRIVE
CITY Clio          STATE M    CITY CLIO          STATE AL
ZIP CODE 36017 PHONE          ZIP CODE 36017 PHONE

NAME Jesse McAdory #121502    NAME ALFRED E. REED #136750
ADDRESS 200 Wallace Drive    ADDRESS 200 WALLACE DRIVE
CITY Clio          STATE AL    CITY CLIO          STATE Al
ZIP CODE 36017 PHONE          ZIP CODE 36017 PHONE

(12)

Easterling Correctional Facility.

NAME Benjamin A. Cummings
ADDRESS 200 Wallace Drive
CITY Clio     STATE Al
ZIP CODE 36017-248 PHONE _____

NAME Eddie Grimes JR 186427
ADDRESS 200 Wallace Drive
CITY Clio, A     STATE AL
ZIP CODE 36017 PHONE _____

NAME Joseph B Didley 135327
ADDRESS 200 Wallace Drive
CITY Clio     STATE Al
ZIP CODE 36017 PHONE _____

NAME Angelo L Massey 202582
ADDRESS 200 Wallace Drive
CITY Clio Al     STATE Al
ZIP CODE 36017 PHONE _____

NAME William Mitchell
ADDRESS 200 Wallace Drive
CITY Clio     STATE AL.
ZIP CODE 36107 PHONE _____

NAME Reginald Bowser #206391
ADDRESS 200 Wallace Drive
CITY Clio     STATE Ala
ZIP CODE 36017 PHONE _____

NAME Willie Hester
ADDRESS 200 Wallace Dr
CITY Clio     STATE AL
ZIP CODE 36017 PHONE _____

NAME James Burks
ADDRESS 200 Wallace DR.
CITY Clio     STATE AL
ZIP CODE 36017 PHONE _____

NAME David Marks 239989?
ADDRESS 200 Wallace Dr
CITY Clio     STATE AL
ZIP CODE 36017 PHONE _____

NAME Michael Burns
ADDRESS 200 Wallace DR.
CITY Clio     STATE Al
ZIP CODE 36017 PHONE _____

NAME Daryl Johnson 240047co
ADDRESS 200 Wallace Dr
CITY Clio     STATE AL
ZIP CODE 36017 PHONE _____

NAME Marcus Slater
ADDRESS _____
CITY _____ STATE ____
ZIP CODE _____ PHONE _____

NAME G. B. Bolden 110009
ADDRESS 200 Wallace Drive
CITY Clio     STATE AL.
ZIP CODE 36017 PHONE _____

NAME David Chadlock #214579
ADDRESS 200 Wallace Drive
CITY Clio     STATE AL
ZIP CODE 36017 PHONE _____

(13)

NAME _Eric Lee Brown_
ADDRESS _Easterling    9/6794_
CITY _Clio_    STATE _Al_
ZIP CODE _36011_ PHONE ———

NAME _John Bethel_
ADDRESS _Easterling 173958_
CITY _Clio_    STATE _Al_
ZIP CODE _3017_ PHONE ———

NAME _Mark A. Lingenfelter_
ADDRESS _Easterling    216060_
CITY _CLIO_    STATE _AL_
ZIP CODE _36017_ PHONE ———

NAME _Barry Mullins_
ADDRESS _Easterling 239765_
CITY _Clio_    STATE _Al_
ZIP CODE _36017_ PHONE ———

NAME _Rex, Sanders_
ADDRESS _Easterling 197021_
CITY _Clio_    STATE _Ala._
ZIP CODE _36017_ PHONE ———

NAME _Alfonzo Bryant_
ADDRESS _Easterling   215916_
CITY _Clio_    STATE _Ala_
ZIP CODE _36017_ PHONE ———

NAME _Frederick Dunning_
ADDRESS _Easterling 174366_
CITY _Clio_    STATE _Al_
ZIP CODE _36017_ PHONE ———

NAME _Anthony D. Johnson_
ADDRESS _Easterling 235479_
CITY _Clio_    STATE _AL_
ZIP CODE _36017_ PHONE ———

NAME _Johnnie Sinclair 211285_
ADDRESS _Clio_
CITY _Easterling_    STATE _Al_
ZIP CODE _36017_ PHONE ———

NAME _Ahba McNair  #219830_
ADDRESS _Easterling Corr. Facility_
CITY _Clio_    STATE ____
ZIP CODE _36017_ PHONE ———

X NAME _Herbert Kimbrough #176450_
ADDRESS _Clio, AL 3607_
CITY _Clio_    STATE _Al_
ZIP CODE ____ PHONE ____

NAME ____
ADDRESS ____
CITY ____ STATE ____
ZIP CODE ____ PHONE ____

NAME ____
ADDRESS ____
CITY ____ STATE ____
ZIP CODE ____ PHONE ____

NAME ____
ADDRESS ____
CITY ____ STATE ____
ZIP CODE ____ PHONE ____

(14.)

NAME _PRESTON DAVIS 234672_          NAME _____
ADDRESS _200 WALLACE DR_             ADDRESS _____
CITY _CLIO_          STATE _AL_       CITY _____STATE ____
ZIP CODE _36017_ PHONE _____        ZIP CODE _____ PHONE _____

NAME _Johnny Wilson_ 141369          NAME _____
ADDRESS _200 Wallace Dr_             ADDRESS _____
CITY _clio_          STATE _Al._      CITY _____STATE ____
ZIP CODE _36017_ PHONE _NONE_         ZIP CODE _____ PHONE _____

NAME _JAMES R RICH_ #154215          NAME _____
ADDRESS _200 WALLACE DRIVE_          ADDRESS _____
CITY _CLIO_          STATE _Ala_      CITY _____STATE ____
ZIP CODE _36017_ PHONE _N/A_          ZIP CODE _____ PHONE _____

NAME _Christopher Owens_ #217794     NAME _____
ADDRESS _200 Wallace Dr._            ADDRESS _____
CITY _Clio_          STATE _AL_       CITY _____STATE ____
ZIP CODE _36017_ PHONE _N/A_          ZIP CODE _____ PHONE _____

NAME _____          NAME _____
ADDRESS _____         ADDRESS _____
CITY _____STATE ____        CITY _____STATE ____
ZIP CODE _____ PHONE _____        ZIP CODE _____ PHONE _____

NAME _____          NAME _____
ADDRESS _____         ADDRESS _____
CITY _____STATE ____        CITY _____STATE ____
ZIP CODE _____ PHONE _____        ZIP CODE _____ PHONE _____

NAME _____          NAME _____
ADDRESS _____         ADDRESS _____
CITY _____STATE ____        CITY _____STATE ____
ZIP CODE _____ PHONE _____        ZIP CODE _____ PHONE _____

(15.)