IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRUCE HARMS, #202 029 | * | |
|    Plaintiff, | * | |
|    v. | * | 2:06-CV-283-MHT |
| RICHARD ALLEN, *et al.*, | * | |
|    Defendants. | * | |

**ORDER**

On September 12, 2006 the court erroneously accepted and filed a Motion to Dismiss. (Doc. No 33.) This motion is not properly before the court as it was submitted without permission of the court. (*See* Doc. No. 10, pg. 2, ¶ 3 - **"No motion for summary judgment, motion to dismiss or any other dispositive motions . . . be filed by any party without permission of the court."**). The aforementioned order further directed that "[i]f any pleading denominated as a . . . dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." *Id*.

Accordingly, it is

ORDERED that the Motion to Dismiss filed on September 12, 2006 (Doc. No. 36), be STRICKEN from the file and returned for non-compliance with the order of April 24, 2006.

Done this 18th day of September, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE