IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE ALAN HARMS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv283-MHT |
| | )                   (WO) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On February 26, 2008, the magistrate judge filed a recommendation (Doc. # 41) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED as follows:

1. That the recommendation of the magistrate judge (Doc. # 41) is adopted;

2. That the defendants' motions for summary judgment (Doc. ## 16, 18, 21, & 32) are granted;

3. That this case is dismissed with prejudice; and

4. That costs are taxed against the plaintiff.

DONE, this the 17th day of March, 2008.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE